## LAW OFFICE OF KERRY LAWRENCE, PLLC

140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
7/18/22

July 18, 2022

**APPLICATION GRANTED
SO ORDERED:**

Vincent L. Briccetti, U.S.D.J.
Dated: 7/18/22
White Plains, NY

The 7/21/22 conference is
re-scheduled to:

8·16·22 at 9:30 AM

**VIA ECF**
Hon. Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: __United States v. Ferzan__
S1 17 Cr. 505 (VB)

Dear Judge Briccetti:

I am writing, with the consent of the Government, to request that the conference presently scheduled for July 21 be adjourned to either August 16 or August 17. At the time of the defendant's arraignment on the Violation of Supervised Release petition last week I had advised counsel who covered the arraignment that I was unavailable on July 21.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Kerry A. Lawrence

cc: AUSA Christopher Clore (via e-mail)